UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

UNITED STATES OF AMERICA,

                       Plaintiff,                     **MEMORANDUM**

      -against-                            24 Cr. 146 (KMK)

BRIJESHKUMAR PATEL,

                       Defendant.

-------------------------------------------------------------x

TO: Kenneth M. Karas, United States District Judge:

      Please find attached a transcript of the March 13, 2024 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 7, 2024
       White Plains, New York

                                                  Respectfully Submitted,

                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge