# Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

By ECF

November 18, 2024

The Honorable Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Brijeshkumar Patel*, 24 Cr. 146 (KMK)

Dear Judge Karas:

With the consent of the government, we write to respectfully request a thirty-day extension of Brijeshkumar Patel's surrender deadline. Your Honor sentenced Mr. Patel on September 10, 2024, to eighteen months' imprisonment and ordered Mr. Patel to surrender within ninety days, which falls on Monday, December 9, 2024. It is likely, however, that the BOP will not have designated Mr. Patel by that date, which will likely cause Mr. Patel to spend time at the MDC Brooklyn while he awaits that designation.

The designation process begins when the Marshals make a formal designation request to the BOP, which happens only after the Marshals receive the judgment of conviction. I spoke to the Marshals today and last Friday and was informed that they received the judgment on Thursday, November 14. As of today, the Marshals have not made the formal designation request. Once the BOP receives that request, the BOP must evaluate Mr. Patel's security and programming needs and match him to an available facility. It may, thus, be a few weeks before the BOP makes its designation decision.

At sentencing, your Honor directed me to notify the Court well in advance of surrender if a designation has not yet been made. Your Honor's chief concern in that respect was avoiding having Mr. Patel housed at the MDC Brooklyn while he awaits transfer to his designated facility. (*See* Sent'g Hr'g Tr. at 38-39). Accordingly, we are respectfully asking for a new surrender date of Wednesday, January 8, 2024. I conferred with AUSA Ben Levander, counsel for the government, who has no objection to this request. This is the first application. Thank you for your consideration of this request.

Respectfully submitted,

Ezra Spilke
David Mou, Of Counsel

Judge Karas
November 18, 2024
Page 2 of 2

cc:     All counsel of record, by ECF

> Granted.
>
> The surrender date is adjourned to January 8, 2025.
>
> So Ordered.
>
> *[signature]*
> 11/18/24
